UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DEWITT MCDOWELL,<br><br>Plaintiff,<br><br>v.<br><br>R. FLORES, et al.,<br><br>Defendants. | Case No. 1:21-cv-01710-BAK (HBK) (PC)<br><br>**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND MOOTING EARLIER MOTION**<br><br>(Doc. Nos. 9, 4)<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS** |

Plaintiff Jonathan Dewitt McDowell ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. *See* Docs. Nos. 4, 9.

On March 3, 2022, the undersigned issued an Order directing Plaintiff to submit an updated application to proceed *in forma pauperis*, properly completed and signed, or, alternatively, to pay the filing fee in full within 45 days. (Doc. No. 8.) On March 14, 2022, Plaintiff submitted a properly completed application, signed and dated March 9, 2022. (Doc. No. 9.) Plaintiff has made the showing required of § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff must pay the full statutory filing fee of $350 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount

of twenty percent of the proceeding month's income credited to Plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, it is ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 9) is GRANTED MOOTING Plaintiff's earlier motion (Doc. No. 4);

2. The Director of the California Department of Corrections or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and case number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

Dated:   March 18, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE