UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DEWITT McDOWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>R. FLORES, et al.,<br><br>        Defendants. | Case No. 1:21-cv-1710 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THE ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Doc. 17) |

      Jonathan Dewitt McDowell is a former state prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action. (*See generally* Doc. 1.) The assigned magistrate judge found Plaintiff failed to comply with a Court order and failed to prosecute the matter. (Doc. 17.) Thus, the magistrate judge recommended the action be dismissed without prejudice. (*Id.* at 4.)

      The Findings and Recommendations were served upon Plaintiff at the address on record on March 15, 2023. It contained a notice that any objections were to be filed within 14 days. (Doc. 17 at 4.) In addition, Plaintiff was informed the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) To date, no objections have been filed and the time to do so has expired.

---

[1] Plaintiff filed a Notice of Change of Address on August 4, 2022, providing a residential street address in Hemet, California.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case. Having carefully reviewed the file, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 15, 2023 (Doc. 17) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**April 6, 2023**__                                            *Jennifer L. Thurston*
                                                                                        UNITED STATES DISTRICT JUDGE

2